1042

[No. 32067-0-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
DUANE IVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03608-4, Sharon S. Armstrong, J., entered
December 3, 1992. *Dismissed* by unpublished per curiam
opinion.

[No. 32222-2-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE L.
JOYNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05072-9, William L. Downing, J., entered
February 5, 1993. *Dismissed* by unpublished per curiam
opinion.

[No. 34659-8-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E.
SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-00548-7, Jo Anne Alumbaugh, J., entered
May 31, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 33691-6-I.    Division One.    April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMA J.
ZEDLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 92-1-01660-0, Joseph A. Thibodeau, J.,
entered October 14, 1993. *Affirmed* by unpublished per cu-
riam opinion.